**UNITES STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
Allstate Insurance Company et al.,

**CASE MANAGEMENT PLAN**

Docket Number: 1:18-cv-05650
(JBW) (RER)

Plaintiff,

-against-

Svetlana Khotenok et al.,

Defendant,
-----------------------------------------------------------X

Upon consent of the parties, it is hereby ORDERED as follows:

1. Defendants shall answer or otherwise move with respect to the complaint by _____.
Defendant Mirvis answered on 12/28/18. Defendants Absolute Chiropractic & Wellness, JJ&R Chiropractic and Gambino answered on 12/4/18. To the extent service is not complete on any other defendant, such defendant shall answer within 21 days after being served with the summons and complaint unless there is a Court ordered extension.

2. No additional parties may be joined after 2/21/2020

3. No amendment of the pleadings will be permitted after 2/21/2020.

4. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made: 2/14/2019.

5. The parties shall make required Rule 26(a)(2) disclosures with respect to:
    (a) expert witnesses on or before 3/23/2020.
    (b) rebuttal expert witnesses on or before 4/23/2020.

6. All discovery, including depositions of experts, shall be completed on or before 6/21/2020 (Generally, this date must be no later than 6 months after the initial conference).

7. Pre-motion letters regarding proposed dispositive motions must be submitted within one (1) weeks following the close of all discovery and responses are due one week later.

8. Do the parties consent to trial before a magistrate judge pursuant to 28 U.S.C.§636(c)?
(**Answer no if any party declines to consent without indicating which party has declined**.)

☐ Yes   ☑ No

If parties answer yes, then fill out the **AO 85 (Rev. 01/09) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge** form. The form can be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf.

9.   A Telephone Conference set for _____, to be initiated by

☐ Plaintiff   or ☐ Defendant   (Check One).

* (**The Court will schedule the conference listed above**.)

10.   Status Conference will be held on _____.
* (**The Court will schedule the conference listed above**)

11. A Final Pre-trial Conference will be held on _____.
*(**The Court will schedule the conference listed above.**)

This scheduling order may be altered or amended upon a showing of good cause not foreseeable at the date hereof.

**Dated: Brooklyn, New York**

_____

**RAMON E. REYES, JR.**
**UNITED STATES MAGISTRATE JUDGE**

CONSENTED TO:

/s/ James McKenney
NAME
Attorney for Plaintiffs Allstate Insurance Company, et al.
ADDRESS 120 Broadway, Suite 1010

E-mail: JMcKenney@morrisonmahoney.com
Tel.: (212) 825-1212
Fax: (212) 825-1313

/s/ Gary Tsirelman
NAME
Attorney for Defendant Mark Mirvis
ADDRESS 129 Livingston Street, FL 2
E-mail: gtsirelman@gtmdjd.com
Tel.: (718) 438-1200
Fax: (718) 438-8883

/s/ Eitan Nof
NAME
Attorney for Defendants
JJ&R Chiropractic P.C., Absolute Chiropractic & Wellness P.C. and Joseph R. Gambino

ADDRESS 29 Broadway, Lynbrook, NY 11563

E-mail: enof@mandellandsantora.net

Tel.: (516) 599-8866

Fax: (516) 599-6611