UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ALLSTATE INSURANCE COMPANY, et. al.,     1:18-CV-5650 (FB)(RER)

               Plaintiffs,     STIPULATION AND ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE SOLELY AS TO DEFENDANTS AHMED MEDICAL CARE, P.C. AND SHAIKH JAUHAR AHMED, M.D.

-against-

KHOTENOK, et. al.,

               Defendants.
-------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel as follows:

1. Any and all claims and defenses by and between Allstate Insurance Company, Allstate Fire & Casualty Insurance Company, Allstate Indemnity Company and Allstate Property & Casualty Insurance Company ("Plaintiffs"), on the one hand, and Ahmed Medical P.C. and Shaikh Jauhar Ahmed, M.D. ("Defendants"), on the other, are hereby voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(2).

2. Plaintiffs and Defendants shall pay their own costs and attorneys' fees.

3. This Stipulation and Order of Voluntary Dismissal is solely limited to discontinuing claims by and between the parties hereto.

4. The Court shall retain jurisdiction and authority over any disputes relating to the enforcement of the settlement agreement entered into by the Plaintiffs and Defendants to this Stipulation and Order of Voluntary Dismissal.

Dated: Uniondale, New York
December __14__, 2020

MORRISON MAHONEY LLP

By: __/s/ Lee Pinzow__
　　Robert A. Stern, Esq.
　　James A. McKenney, Esq.
　　Lee Pinzow, Esq.
　　Wall Street Plaza
　　88 Pine Street, Suite 1900
　　New York, New York 1005
*Counsel for Plaintiffs Allstate Insurance Company, Allstate Fire & Casualty Insurance Company, Allstate Indemnity Company and Allstate Property & Casualty Insurance Company*

RUSKIN MOSCOU FALTISCHEK, PC

By: _____
　　Douglas M. Nadjari, Esq.
　　1425 RXR Plaza
　　Uniondale, New York 11556

*Counsel for Defendants Ahmed Medical Care P.C. and Shaikh Jauhar Ahmed, M.D.*

**SO ORDERED**

_____
Hon. Frederic Block
United States District Judge