# MORRISON MAHONEY LLP

COUNSELLORS AT LAW

WALL STREET PLAZA
88 PINE STREET, SUITE 1900
NEW YORK, NY 10005
212-825-1212

MASSACHUSETTS
BOSTON
FALL RIVER
SPRINGFIELD
WORCESTER

CONNECTICUT
BRIDGEPORT
HARTFORD

ENGLAND
LONDON

NEW HAMPSHIRE
MANCHESTER

NEW JERSEY
PARSIPPANY

NEW YORK
NEW YORK

RHODE ISLAND
PROVIDENCE

Lee Pinzow
Phone: 646-870-1745
Fax:    646-779-6889
lpinzow@morrisonmahoney.com

October 14, 2022

Via ECF

Hon. Ramon E. Reyes, Jr.
United States Magistrate Judge
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   ***Allstate Ins. Co. et al v. Khotenok*, et al. 18-cv-5650 (FB)(RER)**
      **Status Report Pursuant to Court's October 12, 2022 Order**

Dear Judge Reyes:

We represent Plaintiffs in the above referenced matter and submit this status report pursuant to the Court's October 12, 2022 Order. With the recent So-Ordering of the Stipulation of Dismissal concerning Defendant Mark Mirvis (ECF No. 147), the matter has been long-resolved with the remaining defaulted defendants in which the filing of the stipulation of dismissal and notices of voluntary dismissal was delayed due to reasons outside of Plaintiffs' control. The defaulted defendants include Urbain Richard, Svetlana Khotenok, A.R.A. Medical Care, P.C., Suhel Hussain Ahmed, M.D., All Kind Physical Therapy, P.C., M.H.Z. Physical Therapy, P.C., Mohamed Hamed Anter Zidan, P.T., Performance Plus Medical P.C. and Grace Ragues Maisel, M.D (the "Defaulted Defendants"). Accordingly, to close the matter, Plaintiffs recently filed a stipulation of voluntary dismissal with respect to defendants A.R.A. Medical Care, P.C. and Suhel Hussain Ahmed, M.D. (ECF No. 148), and notices of voluntary dismissal with prejudice with respect to Defaulted Defendants Urbain Richard, All Kind Physical Therapy, P.C., M.H.Z. Physical Therapy, P.C., Mohamed Hamed Anter Zidan, P.T., Performance Plus Medical P.C. and Grace Ragues Maisel, M.D (ECF Nos. 149, 150, 154) who reached settlements with Plaintiffs following their defaults, as well as notices of voluntary dismissal without prejudice with respect to Defaulted Defendant Svetlana Khotenok, John Does 1 through 20, and ABC Corporations 1 through 20 (ECF Nos. 151-152). The court dismissed the foregoing parties thereafter (*see* ECF No. 153, electronic orders dated 10/14/22). With these filings, there are no remaining defendants in the action.

**MORRISON MAHONEY LLP**

Hon. Ramon E. Reyes, Jr.
October 14, 2022
Page 2

      Thank you for the Court's consideration in this matter.

                                          Respectfully submitted,

                                          /s/ Lee Pinzow
                                          Lee Pinzow

cc: All Counsel (Via ECF)